THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 05: 09-CV-480-D

| | |
|---|---|
| **JACOB MARTIN, III** ) | |
| **Plaintiff,** ) | |
| ) | **PLAINTIFF'S RESPONSE** |
| **vs.** ) | **TO DEFENDANTS' MOTION** |
| ) | **TO DISMISS COMPLAINT** |
| **Sessoms & Roger, P.A.,** ) | |
| **Unifund CCR Partners** ) | |
| **Defendants.** ) | |

**COMES NOW**, Plaintiff Jacob Martin, III, by and through counsel, and responds to Defendants' Motion to Dismiss as follows:

1) Plaintiff has filed an Amended Complaint as of right in this action this date (D.E. #16).
2) The Amended Complaint supplants the Complaint (D.E. #1).
3) Defendants' Motion to Dismiss (D.E. #7) pertained to the Complaint.
4) With the filing of his Amended Complaint, Defendants' Motion to Dismiss has become moot.

WHEREFORE, Plaintiff respectfully prays this Court deny Defendants' Motion to Dismiss as MOOT.

Respectfully submitted this 1st day of February 2010.

MARTIN ATTORNEY AT LAW, PLLC

By: /s/Angela O. Martin
Angela O. Martin, Esq.
NC Bar 34951
Attorney for Plaintiff
Martin Attorney at Law, PLLC
1911 Keller Andrews Road
Sanford, North Carolina 27330
(919) 708-7477, FAX: (888) 872-4232
angela@angelamartinlaw.com

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-cv-480-D

| | |
|---|---|
| **Jacob Martin, III** | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **Sessoms & Rogers, P.A.** | ) |
| **Unifund CCR Partners** | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

I certify that on February 1, 2010, I electronically filed the foregoing Response with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Jeff Young
>Ellis & Winters LLP
>1100 Crescent Green Drive, Suite 200
>Cary, NC 27518
>jeff.young@elliswinters.com

Respectfully submitted this 1st day of February 2010,

>MARTIN ATTORNEY AT LAW, PLLC
>
>By: /s/Angela O. Martin
>Angela O. Martin, Esq.
>NC Bar 34951
>Attorney for Plaintiff
>Martin Attorney at Law, PLLC
>1911 Keller Andrews Road
>Sanford, North Carolina  27330
>(919) 708-7477, FAX: (888) 872-4232
>angela@angelamartinlaw.com