IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-480-D

| | | |
|---|---|---|
| JACOB MARTIN, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SESSOMS & ROGERS, P.A., | ) | |
| and UNIFUND CCR PARTNERS, | ) | |
| | ) | |
| Defendants. | ) | |

On March 4, 2010, plaintiff filed a motion for an extension of time [D.E. 20] to respond to defendants' motion to dismiss the amended complaint [D.E. 18]. Defendants consented to plaintiff's motion. On March 31, 2010, plaintiff filed his response to defendants' motion to dismiss [D.E. 22].

Plaintiff's motion for an extension of time [D.E. 20] to respond to defendants' motion to dismiss the amended complaint is GRANTED. Plaintiff's response [D.E. 22] to defendants' motion to dismiss is deemed timely filed. See Fed. R. Civ. P. 6(b)(1)(A).

Defendants' motion to dismiss the complaint [D.E. 7] is DENIED as moot in light of the amended complaint. The court will address the motion to dismiss the amended complaint [D.E. 18] in due course.

SO ORDERED. This 3 day of June 2010.

JAMES C. DEVER III
United States District Judge