# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

JACOB MARTIN III,          )
     Plaintiff,          )
                          )
v.                        )     **JUDGMENT IN A CIVIL CASE**
                          )       **CASE NO. 5:09-CV-480-D**
SESSOMS & ROGERS, P.A. and    )
UNIFUND CCR PARTNERS,      )
     Defendants.         )
                          )

**Decision by the Court:**

     **IT IS ORDERED AND ADJUDGED** that the court GRANTS defendants' motion to dismiss the amended complaint for failure to state a claim upon which relief can be granted [D.E. 18].

THE ABOVE JUDGMENT WAS ENTERED TODAY, <u>**AUGUST 12, 2010**</u> WITH A COPY TO:

Angela Orso Martin (via CM/ECF Notice of Electronic Filing)
Dauna L. Bartley (via CM/ECF Notice of Electronic Filing)


<u>August 12, 2010</u>                        DENNIS P. IAVARONE, Clerk
Date                                Eastern District of North Carolina

                                        <u>/s/ Debby Sawyer</u>
<u>      </u>                                  (By) Deputy Clerk
Raleigh, North Carolina

Case 5:09-cv-00480-D  Document 27  Filed 08/12/10  Page 1 of 1